# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 280 WAL 2022

      Petitioner                :

                               :    Petition for Allowance of Appeal
                               :    from the Order of the Superior Court

       v.                     :

RYAN DENNIS SNYDER,            :

      Respondent             :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 281 WAL 2022

      Petitioner                :

                               :    Petition for Allowance of Appeal
                               :    from the Order of the Superior Court

       v.                     :

RYAN DENNIS SNYDER,            :

      Respondent             :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 282 WAL 2022

      Petitioner                :

                               :    Petition for Allowance of Appeal
                               :    from the Order of the Superior Court

       v.                     :

RYAN DENNIS SNYDER,            :

      Respondent             :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 283 WAL 2022

      Petitioner                :

                               :    Petition for Allowance of Appeal
                               :    from the Order of the Superior Court

       v.                     :

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| RYAN DENNIS SNYDER, | : | |
| | : | |
| Respondent | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 284 WAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| RYAN DENNIS SNYDER, | : | |
| | : | |
| Respondent | : | |

## **ORDER**

**PER CURIAM**

  **AND NOW**, this 26th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.

[280 WAL 2022, 281 WAL 2022, 282 WAL 2022, 283 WAL 2022 and 284 WAL 2022] - 2